UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-6 |
| v. | : | MAGISTRATE NO. 21-MJ-025 |
| DOUGLAS AUSTIN JENSEN, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| Defendant. | : | (Civil Disorder) |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding Certain Officers or Employees) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted Building) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a Restricted Building) |
| | : | 40 U.S.C. § 5104(e)(2)(A) |
| | : | (Violent Entry and Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>

On or about January 6, 2021, in the District of Columbia, **DOUGLAS AUSTIN JENSEN**, committed, and attempted to commit, an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and the civil disorder adversely conduct and

performance of a federally protected function, namely, the certification of the Electoral College of the 2020 Presidential Election by a joint session of Congress.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **DOUGLAS AUSTIN JENSEN**, did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with United States Capitol Police Officer Eugene Goodman, a person designated in section 1114 of Title 18, United States Code, while Officer Goodman was engaged in or on account of the performance of his official duties.

(**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **DOUGLAS AUSTIN JENSEN**, did knowingly enter and remain in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **DOUGLAS AUSTIN JENSEN**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in and within such proximity to,

the United States Capitol, a restricted building, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **DOUGLAS AUSTIN JENSEN**, willfully and knowingly entered or remained on the floor of a House of Congress or in any cloakroom or lobby adjacent to that floor, without authorization to do so.

**(Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(A))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **DOUGLAS AUSTIN JENSEN**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin/MZ*
Attorney of the United States in
and for the District of Columbia.

3