## United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                                    :        Clerk's Court Minutes – Initial Appearance
_____
United States of America vs.
_____

Gov. Atty(s):                           :   Indictment    Superseding Indictment    Information
Def. Atty(s):                           :   Complaint    Warrant
Court Reporter:                         :   Code Violation/Offense:
Interpreter:                            :
_____

Date:                                   :
Time Start:        Time End:            :
_____

<ins>Initial Appearance</ins>

   Defendant Advised of Rights
Representation:     Appointed FPD     Appointed CJA     Retained Counsel
Next Court Event:   Identity          Arraignment       Removal Hearing
     Set for:
_____

<ins>Arraignment</ins>

Trial Scheduled for:                    :    Advised of Charges/Maximum Penalties
Rule 16 Material due:                   :    Indicted in True Name
Reciprocal Discovery due:               :     True Name:
Pretrial Motions due:                   :    Reading of Indictment Waived
Plea Notification Deadline:             :  Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:                    :    Denied Forfeiture
_____

<ins>Custody Status</ins>

   Government Moved for Detention        Detention Hearing Set:
Court Ordered Defendant:    Released on Bond    Detained
_____
Minutes:




                                                       _____
                                                            Deputy Clerk