AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21-mj-00011-HCA-1 |
| Douglas Austin Jensen | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING
### and/or Preliminary Hearing

A detention and identity hearing in this case is scheduled as follows:

| Place: | United States Courthouse<br>Des Moines, IA | Courtroom No.: | 455 via VTC w/Polk County Jail |
|---|---|---|---|
| | | Date and Time: | 1/19/2021 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 12, 2021

*Judge's signature*

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*