IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS AUSTIN JENSEN,<br><br>Defendant. | No. 4:21-MJ-011<br><br>**APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as counsel in this case for the Defendant, Douglas Austin Jensen.

                                              Respectfully submitted,

                                         /s/ *Mackenzi J. Nash*
                                         Mackenzi J. Nash, Asst. Federal Defender
                                         FEDERAL PUBLIC DEFENDER'S OFFICE
                                         400 Locust Street, Suite 340
                                         Des Moines, Iowa 50309-2353
                                         PHONE: (515) 309-9610
                                         FAX: (515) 309-9625
                                         E-MAIL: mackenzi_nash@fd.org
                                         ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on January 14, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

                                           */s/Mindy Guynn*