✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Iowa |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DOUGLAS AUSTIN JENSEN | Case Number: 4:21-mj-00011-HCA-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Celeste F. Bremer | Virginia M. Bruner | Mackenzi Jo Nash |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| 1/19/2021 | Theresa Kenkel | M. Lee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/19/2021 | Yes | Yes | Statement of Facts |
| 2 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 3 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 4 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 5 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 6 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 7 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 8 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 9 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 10 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 11 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 12 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 13 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 14 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 15 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| 16 | | 1/19/2021 | Yes | Yes | Still Photograph from Video |
| x | | 1/19/2021 | | | Witness Testimony of FBI Special Agent Tyler Johnson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages