AO 199A        (Rev. 6/11) Order Setting Conditions of Release                                    Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __IOWA__

United States of America

v.

Douglas Austin Jensen

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

AND STAYING ORDER TO ALLOW FOR APPEAL

Case Number: IASD: 4-21-MJ-00011-HCA
DDC: 1-21-CR-00006-TJK

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear as directed : at the U.S. Courthouse in Washington, DC.
Contact Clerk of Court 202-354-3114 for further instructions and to make arrangements for videoconference Arraignment.

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199B    (Rev. 6/11) Additional Conditions of Release    Page 2 of 4

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community. IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(✓) (6) The defendant is placed in the custody of:

(Name of person or organization) __April Jensen__
(Address) __8215 List Ln__
(City and State) __Des Moines, IA__ __50230__ (Tel. No.) __provide to USPO__

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

USPO or Defendant's counsel shall arrange for Ms. Jensen to sign at Third Party Custodian, and give her a copy. She shall sign a copy of this Order by January 25, 2021.

Signed: _____   _____
                    Custodian or Proxy                              Date

(✓) (7) The defendant shall:

(✓) (a) report to the __Pretrial Services Office__, telephone number __525-284-6207__, not later than __immediately upon release__.

( ) (b) execute a bond or an agreement to forfeit upon failing appear as required the following sum of money or designated property:_____

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described _____

( ) (d) execute a bail bond with solvent sureties in the amount of $ _____

(✓) (e) maintain or actively seek employment.

( ) (f) maintain or commence an education program.

(✓) (g) surrender any passport to: __USPO__

(✓) (h) obtain no passport.

(✓) (i) abide by the following restrictions on personal association, place of abode, or travel: __Travel restricted to the Southern District of Iowa and District of Columbia for Court Appearances Only, unless prior approval obtained from USPO__

(✓) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: __anyone identified by the U.S. Government, and anyone who participated in the protest and riot at the U.S. Capitol on January 6, 2021__

(✓) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: __as directed by USPO__.

( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):_____

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the U.S. Probation Office. All costs will be paid by the U.S. Probation Office provided the defendant is making satisfactory progress towards goals set by the supervising officer. Within 60 days of the date of this Order, the Court will be provided an update on the defendant's status and progress towards community placement.

(✓) (n) refrain from possessing a firearm, ammunition, destructive device, or other dangerous weapons.

(✓) (o) refrain from (✓) any ( ) excessive use of alcohol.

(✓) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(✓) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(✓) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

(✓) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

(✓) (t) participate in one of the following location restriction programs and comply with its requirements as directed. (CHECK ONE):

( ) (i) Curfew: You are restricted to your residence every day ( ) from _____ to _____, or ( ) as approved by the probation officer or supervising officer; or

(✓) (ii) Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the probation office or supervising officer; or

( ) (iii) Home Incarceration: You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the Court.

**Additional Conditions of Release - Continued**

(✓) (u) submit to the following location monitoring technology and comply with all of the program requirements and instructions provided. The defendant shall pay all or part of the location monitoring cost as directed by the officer. If allowed to self-surrender and still on active location monitoring, the defendant shall report to the Probation Office, as directed, for removal of equipment. (CHECK ONE):

    (✓) Technology as directed by USPO

    ( ) Radio Frequency (RF) monitoring

    ( ) Global Positioning Satellite (GPS)

    ( ) Voice Recognition

(✓) (v) report as soon as possible, to the pretrial services office or supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(✓) (w) permit a Probation Officer to visit him or her at any time at home or other approved residence.

(✓) (x) submit to substance abuse and mental health screening as directed by the pretrial services office.

(✓) (y) Defendant shall take medication as prescribed by any physician, psychiatrist, or health-care provider. Defendant shall not take medication that is not prescribed to him.

IT IS FURTHER ORDERED:

Defendant shall not access or utilize internet-capable devices, including a cell phone.
All internet-capable devices, including those of family-members residing with Defendant, shall be password protected.
Any access to the Internet, directly or indirectly (through devices belonging to others, or in public spaces) is prohibited. USPO shall monitor for Defendant's Internet usage, through monitoring software, if necessary.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

USPO shall obtain Defendant's signature on a copy of this Order, and provide a copy to him, and to the Third-Party Custodian.
USPO shall arrange for electronic monitoring equipment for Defendant to be attached when he is released from custody.

_____
Signature of Defendant

_____
Address

_____
City and State          Telephone

This Order is stayed until 4:00pm, CST, January 27, 2021, to allow the Government time to appeal. If the Government does not appeal this order by then, the USMS is ordered to release the Defendant after electronic monitoring equipment is installed by USPO.

### Directions to United States Marshal

(✓)   The defendant is ORDERED released after processing.

( )   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____January 21, 2021_____          _____/s/ Celeste F. Bremer_____
                                                Signature of Judicial Officer

                                                _____U.S. Magistrate Judge Celeste F. Bremer_____
                                                Name and Title of Judicial Officer