AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF IOWA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21-mj-00011-HCA-1 |
| Douglas Austin Jensen | ) | |
| | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:21-cr-6 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The defendant must appear when notified to do so. Defendant shall promptly make arrangements to appear in that court by video from this District, upon his release from custody.

| Place: | U.S. District Courthouse<br>333 Constitution Avenue<br>NW Washington DC | Courtroom No.: | Courtroom 06  by videoconference |
|---|---|---|---|
| | | Date and Time: | call 202-354-3114 to arrange |

Date: January 21, 2021

*Judge's signature*

Celeste F. Bremer, U.S. Magistrate Judge
*Printed name and title*