UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-CR-6 (TJK) |
| : | |
| DOUGLAS AUSTIN JENSEN, : | |
| Defendant.   : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Douglas Austin Jensen.

It is this __22nd__ day of January 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Southern District of Iowa Magistrate Judge on January 21, 2021 as to defendant Douglas Austin Jensen is **STAYED** pending review of the detention decision by this Court.

HON. TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE