**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
123 East Walnut Street
Des Moines, Iowa 50309
Tel: (515) 284-6248

**WESTERN DIVISION**
U. S. Post Office and Federal Building
8 South 6th Street, Room 313
Council Bluffs, Iowa 51501
(712) 328-0283

**EASTERN DIVISION**
131 East 4th Street, Suite 150
Davenport, Iowa 52801
(563)884-7607

District of Columbia

Transfer of  ☐ Criminal Case  or  ☑ Magistrate Case
SDIA Case No. 4:21-mj-00011-HCA-1         Case Title: USA v. Jensen, Case No. 1:21-cr-6

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☑ This is an electronically filed case and the documents are available through Pacer
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☑ Other  Financial Affidavit sent via separate email

**Pursuant to  ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**Pursuant to 18 U.S.C. § 3605  Transfer of Jurisdiction  ☐  Supervised Release    ☐  Probation**
☐ This is an electronically filed case and the documents are available through Pacer.
☐ Certified copy of case file documents (Filed prior to November 1, 2004**) and docket sheet
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**\*\*Note: Documents filed on or after November 1, 2004 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's PACER account.

Sincerely,

Clerk, U.S. District Court

By /s/ M. Lee
    Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the address listed below and provide the case number assigned in your district:

Iasd_casemanagers@iasd.uscourts.gov

Clerk, U.S. District Court

By:

Date                                                         Deputy Clerk